■    PATRICIAN PLASTIC CORP. et al., Appellants, v. BERNADEL REALTY CORP., Defendant, and AUTOMATIC FIRE ALARM COMPANY, Respondent. — Motion by appellants to stay trial and all other proceedings in the action pending appeal. Motion dismissed as academic (the appeal is decided herewith). Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.